IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMRICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil No. 10-cv-00692-DRH-CJP |
| | ) |
| PHILIP L. YARBER, | ) |
| | ) |
| Respondent. | ) |

STATUS REPORT

The petitioner, United States of America, by its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Laura J. Jones, Assistant United States Attorney, submits this Status Report:

1. The respondent provided numerous documents to the United States of America on November 5, 2010, and was examined under oath.

2. The respondent has indicated he has now fully complied with the Court's show cause order and the summons issued.

3. The United States of America needs no additional enforcement of its petition.

UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney

*s/Laura J. Jones*
LAURA J. JONES
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois  62208-1344
Phone:  (618) 628-3700
Fax:  (618) 622-3810
E-mail:  Laura.Jones@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMRICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil No. 10-cv-00692-DRH-CJP |
| | ) |
| PHILIP L. YARBER, | ) |
| | ) |
| Respondent. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2010, I electronically filed a Status Report with the Clerk of Court using the CM/ECF system, and notice was automatically sent to:

Bradley C. Allen; law@blakeandallen.com

*s/Laura J. Jones*
LAURA J. JONES
Assistant United States Attorney